**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
1 Valuation of Security          0 Assumption of Executory Contract or Unexpired Lease          0 Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  Jorge Lopez
        Gloria T. Lopez

Case No.: 19-24372
Judge:

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

■ Original          ☐ Modified/Notice Required          Date: August 7, 2019
☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ■ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

■ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  RLL       Initial Debtor:  J L       Initial Co-Debtor  GTL

## Part 1: Payment and Length of Plan

a. The debtor shall pay  150.00 Monthly  to the Chapter 13 Trustee, starting on  August 1, 2019  for approximately 60 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____

- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ■ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    [X] NONE

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 3,750.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
■ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☐ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

| AmeriFirst Home Improvement Finance, LLC | 21 Cross Street Englewood, NJ 07631  Bergen County | 34,199.38 | 230,000.00 | Mortgage SELECT PORTFOLIO SERVICING, INC - 375,869.00 | No value | N/A | 0.00 |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
ALLY FINANCIAL
CAPITAL ONE AUTO FINANCE
SELECT PORTFOLIO SERVICING, INC

**g. Secured Claims to be Paid in Full Through the Plan** ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5:  Unsecured Claims        NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
  ☐   Not less than $_____ to be distributed *pro rata*

  ☐   Not less than _____ percent

  ■   *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases      X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7:  Motions       NONE

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                         Best Case Bankruptcy

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| AmeriFirst Home Improvement Finance, LLC | 21 Cross Street Englewood, NJ 07631 Bergen County | 34,199.38 | 230,000.00 | Mortgage SELECT PORTFOLIO SERVICING, INC - 375,869.00 | -145,869.00 | 34,199.38 |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   - ■ Upon Confirmation
   - ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions

5

|   |    |                              |
|---|----|------------------------------|
|   | 2) | Other Administrative Claims  |
|   | 3) | Secured Claims               |
|   | 4) | Lease Arrearages             |
|   | 5) | Priority Claims              |
|   | 6) | General Unsecured Claims     |

### d. Post-Petition Claims

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|   |   |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
■ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: August 7, 2019    /s/ Jorge Lopez
Jorge Lopez
**Debtor**

Date: August 7, 2019    /s/ Gloria T. Lopez
Gloria T. Lopez
**Joint Debtor**

Date  August 7, 2019    /s/ Russell L. Low
Russell L. Low 4745
**Attorney for the Debtor(s)**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-24372-VFP
Jorge Lopez                                                             Chapter 13
Gloria T. Lopez
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 08, 2019
                              Form ID: pdf901          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2019.
```
db/jdb         +Jorge Lopez,   Gloria T. Lopez,   21 Cross Street,   Englewood, NJ 07631-2130
518369170      +AMEX/BANKRUPTCY,   CORRESPONDENCE,   PO BOX 981540,   EL PASO, TX 79998-1540
518369171     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: BANK OF AMERICA,   ATTN: BANKRUPTCY,   PO BOX 982238,
                 EL PASO, TX 79998)
518369179      +CHASE CARD SERVICES,   ATTN: BANKRUPTCY,   PO BOX 15298,   WILMINGTON, DE 19850-5298
518369178     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: CBNA/HOME DEPOT,   CITI CARDS PRIVATE LABEL BANKRUPTCY,
                 PO BOX 20483,   KANSAS CITY, MO 64195)
518369180      +CITIBANK/RADIOSHACK,   CENTRALIZED BANKRUPTCY,   PO BOX 790034,   ST LOUIS, MO 63179-0034
518369181      +CITIBANK/SEARS,   ATTN: BANKRUPTCY,   PO BOX 6275,   SIOUX FALLS, SD 57117-6275
518369182      +CITICARDS CBNA,   CITI BANK,   PO BOX 6077,   SIOUX FALLS, SD 57117-6077
518369186      +COMENITY/MPRC,   ATTN: BANKRUPTCY DEPT,   PO BOX 182125,   COLUMBUS, OH 43218-2125
518369187      +COMENITYCAPITAL/C21,   ATTN: BANKRUPTCY DEPT,   PO BOX 182125,   COLUMBUS, OH 43218-2125
518369188       DSNB BLOOMINGDALES,   ATTN: RECOVERY 'BK',   PO BOX 9111,   MASON, OH 45040
518369202      +TD AUTO FINANCE,   ATTN: BANKRUPTCY,   PO BOX 9223,   FARMINGTON HILLS, MI 48333-9223
518369204      +VISA DEPT STORE NATIONAL BANK/MACY'S,   ATTN: BANKRUPTCY,   PO BOX 8053,   MASON, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 09 2019 00:02:44    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 09 2019 00:02:40    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 09 2019 00:06:42
                 AIS Portfolio Services LP,   4515 N Santa Fe Ave., Dept APS,   Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:06:33
                 Synchrony Bank c/o PRA Receivables Management, LLC,   PO BOX 41021,   Norfolk, VA 23541-1021
518369167      +E-mail/Text: ally@ebn.phinsolutions.com Aug 09 2019 00:01:52    ALLY FINANCIAL,
                 ATTN: BANKRUPTCY DEPT,   PO BOX 380901,   BLOOMINGTON, MN 55438-0901
518369168       E-mail/Text: ebnbankruptcy@ahm.honda.com Aug 09 2019 00:02:51    AMERICAN HONDA FINANCE,
                 ATTN: BANKRUPTCY,   PO BOX 168088,   IRVING, TX 75016
518369172      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2019 00:06:41    CAPITAL ONE,
                 ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
518369175      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 09 2019 00:07:11    CAPITAL ONE / SAKS F,
                 ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
518369176      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Aug 09 2019 00:06:52
                 CAPITAL ONE AUTO FINANCE,   ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
518369177      +E-mail/Text: bankruptcy@cavps.com Aug 09 2019 00:02:58    CAVALRY PORTFOLIO SERVICES,
                 ATTN: BANKRUPTCY DEPARTMENT,   500 SUMMIT LAKE STE 400,   VALHALLA, NY 10595-2322
518369183      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 09 2019 00:02:29    COMENITY BANK/J CREW,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
518369184      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 09 2019 00:02:29    COMENITY BANK/MANDEES,
                 ATTN: BANKRUPTCY,   PO BOX 182125,   COLUMBUS, OH 43218-2125
518379944      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 09 2019 00:07:44
                 Capital One Auto Finance, a division of,   AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
518371940      +E-mail/Text: bankruptcy@cavps.com Aug 09 2019 00:02:58    Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
518369190      +E-mail/Text: bnc@nordstrom.com Aug 09 2019 00:02:03    NORDSTROM FSB,   ATTN: BANKRUPTCY,
                 PO BOX 6555,   ENGLEWOOD, CO 80155-6555
518369191      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2019 00:07:17
                 PORTFOLIO RECOVERY,   PO BOX 41021,   NORFOLK, VA 23541-1021
518369195      +E-mail/Text: jennifer.chacon@spservicing.com Aug 09 2019 00:03:36
                 SELECT PORTFOLIO SERVICING, INC,   ATTN: BANKRUPTCY,   PO BOX 65250,
                 SALT LAKE CITY, UT 84165-0250
518369196      +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:07:06    SYNCB/TOYS 'R' US,
                 ATTN: BANKRUPTCY,   PO BOX 965004,   ORLANDO, FL 32896-5004
518369197      +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:07:34    SYNCB/WHITEHALL,
                 C/O PO BOX 965036,   ORLANDO, FL 32896-0001
518369198      +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:06:34    SYNCHRONY BANK/ JC PENNEYS,
                 ATTN: BANKRUPTCY,   PO BOX 956060,   ORLANDO, FL 32896-0001
518369199      +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:07:35    SYNCHRONY BANK/LOWES,
                 ATTN:  BANKRUPTCY,   PO BOX 965060,   ORLANDO, FL 32896-5060
518369200      +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:06:35
                 SYNCHRONY/ASHLEY FURNITURE HOMESTORE,   ATTN: BANKRUPTCY,   PO BOX 965064,
                 ORLANDO, FL 32896-5064
518370208      +E-mail/PDF: gecsedi@recoverycorp.com Aug 09 2019 00:06:34    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 23
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 08, 2019
                              Form ID: pdf901          Total Noticed: 36


           ***** BYPASSED RECIPIENTS (continued) *****

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518369169*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court:   AMERICAN HONDA FINANCE,    ATTN: BANKRUPTCY,    PO BOX 168088,
                 IRVING, TX 75016)
518369173*      +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518369174*      +CAPITAL ONE,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
518369203*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   THE HOME DEPOT/CBNA,    CITI CARDS PRIVATE LABEL BANKRUPTCY,
                 PO BOX 20483,    KANSAS CITY, MO 64195)
518369185*      +COMENITY BANK/MANDEES,    ATTN: BANKRUPTCY,    PO BOX 182125,    COLUMBUS, OH 43218-2125
518369189*       DSNB BLOOMINGDALES,    ATTN: RECOVERY 'BK',    PO BOX 9111,    MASON, OH 45040
518369192*      +PORTFOLIO RECOVERY,    PO BOX 41021,    NORFOLK, VA 23541-1021
518369193*      +PORTFOLIO RECOVERY,    PO BOX 41021,    NORFOLK, VA 23541-1021
518369194*      +PORTFOLIO RECOVERY,    PO BOX 41021,    NORFOLK, VA 23541-1021
518369201*      +SYNCHRONY/ASHLEY FURNITURE HOMESTORE,    ATTN: BANKRUPTCY,    PO BOX 965064,
                 ORLANDO, FL 32896-5064
518369205*      +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
518369206*      +VISA DEPT STORE NATIONAL BANK/MACY'S,    ATTN: BANKRUPTCY,    PO BOX 8053,    MASON, OH 45040-8053
                                                                                     TOTALS: 0, * 12, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, N.A., as Trustee on behalf of the
               holders of Deutsche Bank Alt-A, ET AL... rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Joint Debtor Gloria T. Lopez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Russell L. Low    on behalf of Debtor Jorge    Lopez rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```