RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

Re:  JORGE LOPEZ  
GLORIA T. LOPEZ  
21 CROSS STREET  
ENGLEWOOD,  NJ  07631

Atty:  RUSSELL L LOW ESQ  
LOW & LOW ESQS  
505 MAIN STREET, SUITE 304  
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/14/2022
Chapter 13 Case # 19-24372

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS AS OF 01/14/2022   (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/28/2019 | $150.00 | 6127979000 | 09/13/2019 | $150.00 | 6172517000 |
| 10/04/2019 | $150.00 | 6229381000 | 11/04/2019 | $150.00 | 6301683000 |
| 12/10/2019 | $150.00 | 6387658000 | 01/08/2020 | $150.00 | 6467088000 |
| 02/04/2020 | $150.00 | 6536178000 | 03/04/2020 | $150.00 | 6616083000 |
| 04/06/2020 | $150.00 | 6691263000 | 05/05/2020 | $150.00 | 6770063000 |
| 06/03/2020 | $150.00 | 6841543000 | 07/06/2020 | $150.00 | 6920854000 |
| 08/03/2020 | $150.00 | 6986477000 | 09/03/2020 | $150.00 | 7060312000 |
| 10/06/2020 | $150.00 | 7142144000 | 11/04/2020 | $150.00 | 7210378000 |
| 12/03/2020 | $150.00 | 7283206000 | 01/04/2021 | $150.00 | 7352641000 |
| 02/05/2021 | $150.00 | 7434842000 | 03/04/2021 | $150.00 | 7500249000 |
| 04/09/2021 | $150.00 | 7588853000 | 05/03/2021 | $150.00 | 7645067000 |
| 06/07/2021 | $150.00 | 7723214000 | 07/02/2021 | $150.00 | 7785474000 |
| 08/03/2021 | $150.00 | 7853822000 | 09/02/2021 | $150.00 | 7922582000 |
| 10/05/2021 | $150.00 | 7994918000 | 11/03/2021 | $150.00 | 8058718000 |
| 12/02/2021 | $150.00 | 8120163000 | 01/10/2022 | $150.00 | 8201350000 |

**Total Receipts: $4,500.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $4,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/14/2022   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERIFIRST HOME IMPROVEMENT FINANCE | | | | | | |
| | 11/17/2021 | $25.44 | 880,814 | 12/13/2021 | $93.70 | 882,449 |
| | 01/10/2022 | $93.68 | 884,105 | | | |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | |
| | 01/10/2022 | $6.29 | 883,669 | | | |

**Chapter 13 Case # 19-24372**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAVALRY SPV I LLC | | | | | | |
| | 11/17/2021 | $6.75 | 880,903 | 12/13/2021 | $24.84 | 882,538 |
| | 01/10/2022 | $24.83 | 884,194 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 12/13/2021 | $8.20 | 8,002,581 | 12/13/2021 | $7.74 | 8,002,581 |
| | 12/13/2021 | $5.72 | 8,002,581 | 12/13/2021 | $5.01 | 8,002,581 |
| | 01/10/2022 | $6.45 | 8,002,633 | 01/10/2022 | $6.08 | 8,002,633 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 283.80 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 3,750.00 | 100.00% | 3,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0002 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX/BANKRUPTCY | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 805.80 | * | 6.29 | |
| 0007 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0009 | CBNA/HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CITIBANK/RADIOSHACK | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CITIBANK/SEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITY BANK/J CREW | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | COMENITY BANK/MANDEES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | COMENITY/MPRC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | COMENITYCAPITAL/C21 | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | NORDSTROM FSB | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,876.38 | * | 14.65 | |
| 0021 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,890.07 | 100.00% | 0.00 | |
| 0022 | SYNCB/TOYS 'R' US | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SYNCB/WHITEHALL | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SYNCHRONY BANK/ JC PENNEYS | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | CAVALRY SPV I LLC | UNSECURED | 7,228.47 | * | 56.42 | |
| 0027 | TD AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | THE HOME DEPOT/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | AMERIFIRST HOME IMPROVEMENT FINA | UNSECURED | 27,267.29 | * | 212.82 | |
| 0034 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | COMENITY BANK/MANDEES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,771.13 | * | 13.82 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,308.25 | * | 5.72 | |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,146.48 | * | 5.01 | |
| 0042 | SYNCHRONY/ASHLEY FURNITURE HOMI | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | SYNCHRONY/ASHLEY FURNITURE HOMI | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 68.53 | * | 0.00 | |

**Total Paid: $4,348.53**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 14, 2022.

Receipts: $4,500.00    -    Paid to Claims: $314.73    -    Admin Costs Paid: $4,033.80    =    Funds on Hand: $151.47

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.