B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey (Newark Division)

In re: <u>Jorge Lopez & Gloria Lopez</u>

Case No. <u>19-24372</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>LCS Capital, LLC</u> | <u>AmeriFirst Home Improvement Finance</u> |
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known): <u>11.1</u><br>Amount of Claim: <u>$27,267.29</u> |
| LCS Capital, LLC<br>C/ O LCS Financial Services Corporation<br>6782 S. Potomac St. Ste 100<br>Centennial, CO  80112 | Date Claim Filed: <u>9/30/2019</u> |
| Phone: <u>866-662-9087</u> | Phone: NA |
| Last Four Digits of Acct #: <u>7071</u> | Last Four Digits of Acct. #:____ |
| Name and Address where transferee payments should be sent (if different from above): | |
| Phone: _____<br>Last Four Digits of Acct #:_____ | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>  /s/Renee L Brinkley</u>  Date: <u> December 2, 2022</u>
Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571