Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF JULY 10, 2024

**Chapter 13 Case # 19-24372**

Re:  JORGE LOPEZ  
    GLORIA T. LOPEZ  
    21 CROSS STREET  
    ENGLEWOOD, NJ  07631

Atty:  RUSSELL L LOW ESQ  
    LOW & LOW ESQS  
    505 MAIN STREET, SUITE 304  
    HACKENSACK, NJ  07601

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $9,000.00**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 08/28/2019 | $150.00 | 6127979000 | 09/13/2019 | $150.00 | 6172517000 |
| 10/04/2019 | $150.00 | 6229381000 | 11/04/2019 | $150.00 | 6301683000 |
| 12/10/2019 | $150.00 | 6387658000 | 01/08/2020 | $150.00 | 6467088000 |
| 02/04/2020 | $150.00 | 6536178000 | 03/04/2020 | $150.00 | 6616083000 |
| 04/06/2020 | $150.00 | 6691263000 | 05/05/2020 | $150.00 | 6770063000 |
| 06/03/2020 | $150.00 | 6841543000 | 07/06/2020 | $150.00 | 6920854000 |
| 08/03/2020 | $150.00 | 6986477000 | 09/03/2020 | $150.00 | 7060312000 |
| 10/06/2020 | $150.00 | 7142144000 | 11/04/2020 | $150.00 | 7210378000 |
| 12/03/2020 | $150.00 | 7283206000 | 01/04/2021 | $150.00 | 7352641000 |
| 02/05/2021 | $150.00 | 7434842000 | 03/04/2021 | $150.00 | 7500249000 |
| 04/09/2021 | $150.00 | 7588853000 | 05/03/2021 | $150.00 | 7645067000 |
| 06/07/2021 | $150.00 | 7723214000 | 07/02/2021 | $150.00 | 7785474000 |
| 08/03/2021 | $150.00 | 7853822000 | 09/02/2021 | $150.00 | 7922582000 |
| 10/05/2021 | $150.00 | 7994918000 | 11/03/2021 | $150.00 | 8058718000 |
| 12/02/2021 | $150.00 | 8120163000 | 01/10/2022 | $150.00 | 8201350000 |
| 02/03/2022 | $150.00 | 8253317000 | 03/04/2022 | $150.00 | 8318210000 |
| 04/04/2022 | $150.00 | 8383302000 | 05/06/2022 | $150.00 | 8453293000 |
| 07/20/2022 | $150.00 | 8598463000 | 08/02/2022 | $150.00 | 8623984000 |
| 09/06/2022 | $150.00 | 8693036000 | 10/06/2022 | $150.00 | 8753425000 |
| 11/03/2022 | $150.00 | 8806145000 | 01/03/2023 | $150.00 | 8917373000 |
| 02/07/2023 | $150.00 | 8984959000 | 03/27/2023 | $150.00 | 9072205000 |
| 03/27/2023 | $150.00 | 9072428000 | 03/27/2023 | $150.00 | 9075335000 |
| 04/03/2023 | $150.00 | 9090171000 | 05/16/2023 | $150.00 | 9170731000 |
| 06/02/2023 | $150.00 | 9198722000 | 07/03/2023 | $150.00 | 9256013000 |
| 08/03/2023 | $150.00 | 9309511000 | 09/05/2023 | $150.00 | 9356774000 |
| 10/02/2023 | $150.00 | 9410827000 | 11/07/2023 | $150.00 | 9472234000 |
| 12/04/2023 | $150.00 | 9512281000 | 01/02/2024 | $150.00 | 9561910000 |
| 02/02/2024 | $150.00 | 9614965000 | 03/04/2024 | $150.00 | 9663464000 |
| 04/04/2024 | $150.00 | 9718431000 | 05/03/2024 | $150.00 | 9767090000 |

**Chapter 13 Case # 19-24372**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 06/03/2024 | $150.00 | 9815542000 | 07/03/2024 | $150.00 | 9865769000 |

**Total Receipts: $9,000.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $9,000.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 553.05 | |
| ATTY | ATTORNEY | ADMIN | 4,150.00 | 100.00% | 4,150.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0002 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | AMEX/BANKRUPTCY | UNSECURED | 0.00 | * | 0.00 | |
| 0004 | BANK OF AMERICA | UNSECURED | 0.00 | * | 0.00 | |
| 0005 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0006 | BUREAUS INVESTMENT GROUP PORTFO | UNSECURED | 805.80 | * | 38.63 | |
| 0007 | CAPITAL ONE AUTO FINANCE | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0009 | CBNA/HOME DEPOT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | CHASE CARD SERVICES | UNSECURED | 0.00 | * | 0.00 | |
| 0011 | CITIBANK/RADIOSHACK | UNSECURED | 0.00 | * | 0.00 | |
| 0012 | CITIBANK/SEARS | UNSECURED | 0.00 | * | 0.00 | |
| 0013 | CITICARDS CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0014 | COMENITY BANK/J CREW | UNSECURED | 0.00 | * | 0.00 | |
| 0015 | COMENITY BANK/MANDEES | UNSECURED | 0.00 | * | 0.00 | |
| 0016 | COMENITY/MPRC | UNSECURED | 0.00 | * | 0.00 | |
| 0017 | COMENITYCAPITAL/C21 | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | NORDSTROM FSB | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,876.38 | * | 96.21 | |
| 0021 | SELECT PORTFOLIO SERVICING INC | MORTGAGE ARRE | 1,890.07 | 100.00% | 1,890.07 | |
| 0022 | SYNCB/TOYS 'R' US | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | SYNCB/WHITEHALL | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | SYNCHRONY BANK/ JC PENNEYS | UNSECURED | 0.00 | * | 0.00 | |
| 0025 | SYNCHRONY BANK/LOWES | UNSECURED | 0.00 | * | 0.00 | |
| 0026 | CAVALRY SPV I LLC | UNSECURED | 7,228.47 | * | 370.59 | |
| 0027 | TD AUTO FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | THE HOME DEPOT/CBNA | UNSECURED | 0.00 | * | 0.00 | |
| 0030 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0033 | LCS FINANCIAL SERVICES CORPORATIO | UNSECURED | 27,267.29 | * | 1,398.08 | |
| 0034 | AMERICAN HONDA FINANCE | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0036 | CAPITAL ONE | UNSECURED | 0.00 | * | 0.00 | |
| 0037 | COMENITY BANK/MANDEES | UNSECURED | 0.00 | * | 0.00 | |
| 0038 | DSNB BLOOMINGDALES | UNSECURED | 0.00 | * | 0.00 | |
| 0039 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,771.13 | * | 90.82 | |
| 0040 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,308.25 | * | 67.08 | |
| 0041 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 1,146.48 | * | 58.78 | |
| 0042 | SYNCHRONY/ASHLEY FURNITURE HOMI | UNSECURED | 0.00 | * | 0.00 | |
| 0043 | SYNCHRONY/ASHLEY FURNITURE HOMI | UNSECURED | 0.00 | * | 0.00 | |
| 0044 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0045 | VISA DEPT STORE NATIONAL BANK/MAC | UNSECURED | 0.00 | * | 0.00 | |
| 0046 | ASHLEY FUNDING SERVICES, LLC | UNSECURED | 68.53 | * | 0.00 | |

**Total Paid: $8,713.31**
See Summary

**Chapter 13 Case # 19-24372**

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERIFIRST HOME IMPROVEMENT FINANCE | | | | | | |
| | 11/17/2021 | $25.44 | 880814 | 12/13/2021 | $93.70 | 882449 |
| | 01/10/2022 | $93.68 | 884105 | 02/14/2022 | $93.73 | 885792 |
| | 03/14/2022 | $93.68 | 887505 | 04/18/2022 | $95.13 | 889202 |
| | 05/16/2022 | $95.17 | 890916 | | | |
| BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC | | | | | | |
| | 01/10/2022 | $6.29 | 883669 | 03/14/2022 | $5.54 | 887073 |
| | 05/16/2022 | $5.62 | 890493 | 11/13/2023 | $5.10 | 919106 |
| | 01/08/2024 | $5.36 | 921906 | 03/11/2024 | $5.36 | 924707 |
| | 05/10/2024 | $5.36 | 927620 | | | |
| CAVALRY SPV I LLC | | | | | | |
| | 11/17/2021 | $6.75 | 880903 | 12/13/2021 | $24.84 | 882538 |
| | 01/10/2022 | $24.83 | 884194 | 02/14/2022 | $24.81 | 885885 |
| | 03/14/2022 | $24.84 | 887593 | 04/18/2022 | $25.26 | 889301 |
| | 05/16/2022 | $25.23 | 891003 | 10/16/2023 | $21.65 | 917693 |
| | 11/13/2023 | $24.04 | 919135 | 12/11/2023 | $24.05 | 920552 |
| | 01/08/2024 | $24.05 | 921930 | 02/12/2024 | $24.06 | 923285 |
| | 03/11/2024 | $24.06 | 924736 | 04/15/2024 | $24.05 | 926174 |
| | 05/10/2024 | $24.05 | 927647 | 06/17/2024 | $24.02 | 929048 |
| LCS FINANCIAL SERVICES CORPORATION | | | | | | |
| | 10/16/2023 | $81.65 | 917940 | 11/13/2023 | $90.75 | 919387 |
| | 12/11/2023 | $90.73 | 920784 | 01/08/2024 | $90.72 | 922171 |
| | 02/12/2024 | $90.76 | 923545 | 03/11/2024 | $90.72 | 924981 |
| | 04/15/2024 | $90.72 | 926439 | 05/10/2024 | $90.73 | 927882 |
| | 06/17/2024 | $90.77 | 929324 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 12/13/2021 | $7.74 | 8002581 | 12/13/2021 | $8.20 | 8002581 |
| | 12/13/2021 | $5.72 | 8002581 | 12/13/2021 | $5.01 | 8002581 |
| | 01/10/2022 | $6.45 | 8002633 | 01/10/2022 | $6.08 | 8002633 |
| | 02/14/2022 | $6.09 | 8002683 | 02/14/2022 | $6.44 | 8002683 |
| | 02/14/2022 | $7.87 | 8002683 | 02/14/2022 | $8.99 | 8002683 |
| | 03/14/2022 | $6.45 | 8002741 | 03/14/2022 | $6.09 | 8002741 |
| | 04/18/2022 | $6.18 | 8002785 | 04/18/2022 | $6.55 | 8002785 |
| | 04/18/2022 | $9.06 | 8002785 | 04/18/2022 | $7.95 | 8002785 |
| | 05/16/2022 | $6.55 | 8002843 | 05/16/2022 | $6.18 | 8002843 |
| | 10/16/2023 | $5.30 | 8003749 | 10/16/2023 | $5.62 | 8003749 |
| | 10/16/2023 | $7.43 | 8003749 | 10/16/2023 | $8.49 | 8003749 |
| | 11/13/2023 | $6.24 | 8003806 | 11/13/2023 | $5.90 | 8003806 |
| | 12/11/2023 | $5.89 | 8003859 | 12/11/2023 | $6.24 | 8003859 |
| | 12/11/2023 | $8.69 | 8003859 | 12/11/2023 | $7.63 | 8003859 |
| | 01/08/2024 | $6.25 | 8003906 | 01/08/2024 | $5.89 | 8003906 |
| | 02/12/2024 | $5.89 | 8003947 | 02/12/2024 | $6.23 | 8003947 |
| | 02/12/2024 | $7.63 | 8003947 | 02/12/2024 | $8.72 | 8003947 |
| | 03/11/2024 | $6.26 | 8003991 | 03/11/2024 | $5.90 | 8003991 |
| | 04/15/2024 | $5.89 | 8004035 | 04/15/2024 | $6.24 | 8004035 |
| | 04/15/2024 | $8.70 | 8004035 | 04/15/2024 | $7.63 | 8004035 |
| | 05/10/2024 | $6.24 | 8004082 | 05/10/2024 | $5.89 | 8004082 |
| | 06/17/2024 | $5.91 | 8004126 | 06/17/2024 | $6.25 | 8004126 |
| | 06/17/2024 | $7.63 | 8004126 | 06/17/2024 | $8.71 | 8004126 |

**Chapter 13 Case # 19-24372**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| SELECT PORTFOLIO SERVICING INC | | | | | | |
| | 06/20/2022 | $154.81 | 892092 | 09/19/2022 | $289.50 | 897000 |
| | 10/17/2022 | $144.75 | 898704 | 11/14/2022 | $141.75 | 900279 |
| | 12/12/2022 | $141.75 | 901862 | 02/13/2023 | $141.75 | 904859 |
| | 03/13/2023 | $141.75 | 906487 | 05/15/2023 | $167.00 | 909713 |
| | 07/17/2023 | $280.50 | 912685 | 08/14/2023 | $140.25 | 914215 |
| | 09/18/2023 | $140.25 | 915695 | 10/16/2023 | $6.01 | 917217 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: July 10, 2024.

Receipts: $9,000.00     -     Paid to Claims: $4,010.26     -     Admin Costs Paid: $4,703.05     =     Funds on Hand: $286.69

Base Plan Amount: $9,000.00     -     Receipts: $9,000.00     =     Total Unpaid Balance: **$0.00

**NOTE**: THIS IS AN APPROXIMATE BALANCE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.