**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jorge Lopez | Social Security number or ITIN xxx–xx–6334 |
| | First Name  Middle Name  Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Gloria T. Lopez | Social Security number or ITIN xxx–xx–5331 |
| | First Name  Middle Name  Last Name | EIN __–_____ |

United States Bankruptcy Court  District of New Jersey

Case number: 19–24372–VFP

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jorge Lopez                                Gloria T. Lopez

                                           **By the court:** <u>Vincent F. Papalia</u>
<u>9/9/24</u>                                           United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-24372-VFP |
| Jorge Lopez | Chapter 13 |
| Gloria T. Lopez | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol** **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jorge Lopez, Gloria T. Lopez, 21 Cross Street, Englewood, NJ 07631-2130 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2024 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2024 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Sep 10 2024 00:20:00 | AIS Portfolio Services LP, 4515 N Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Sep 10 2024 00:20:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518369167 | + | EDI: GMACFS.COM | Sep 10 2024 00:20:00 | ALLY FINANCIAL, ATTN: BANKRUPTCY DEPT, PO BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 518369168 | | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 09 2024 20:33:00 | AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 518410220 | | Email/Text: bnc@trustamerifirst.com | Sep 09 2024 20:33:00 | AmeriFirst Home, Improvement Finance, LLC, PO Box 2040, Omaha, NE 68103 |
| 518495853 | | Email/Text: bnc@trustamerifirst.com | Sep 09 2024 20:33:00 | AmeriFirst Home Improvement Finance, 11171 Mill Valley Rd., Omaha, NE 68154 |
| 518369170 | + | Email/PDF: bncnotices@becket-lee.com | Sep 09 2024 20:48:39 | AMEX/BANKRUPTCY, CORRESPONDENCE, PO BOX 981540, EL PASO, TX 79998-1540 |
| 518491882 | | EDI: GMACFS.COM | Sep 10 2024 00:20:00 | Ally Capital, PO Box 130424, Roseville, MN 55113-0004 |
| 518486431 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2024 20:47:40 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518369171 | + | EDI: BANKAMER | Sep 10 2024 00:20:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, PO BOX 982238, EL PASO, TX 79998-2238 |
| 518466657 | | EDI: Q3GTBI | Sep 10 2024 00:20:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box |

Case 19-24372-VFP    Doc 52    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | | 788, Kirkland, WA 98083-0788 |
| 518369172 | + | EDI: CAPITALONE.COM | Sep 10 2024 00:20:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518369175 | + | EDI: CAPITALONE.COM | Sep 10 2024 00:20:00 | CAPITAL ONE / SAKS F, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518369176 | + | EDI: CAPONEAUTO.COM | Sep 10 2024 00:20:00 | CAPITAL ONE AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518369177 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2024 20:34:00 | CAVALRY PORTFOLIO SERVICES, ATTN: BANKRUPTCY DEPARTMENT, 500 SUMMIT LAKE STE 400, VALHALLA, NY 10595-2321 |
| 518369178 | | EDI: CITICORP | Sep 10 2024 00:20:00 | CBNA/HOME DEPOT, CITI CARDS PRIVATE LABEL BANKRUPTCY, PO BOX 20483, KANSAS CITY, MO 64195 |
| 518369203 | | EDI: CITICORP | Sep 10 2024 00:20:00 | THE HOME DEPOT/CBNA, CITI CARDS PRIVATE LABEL BANKRUPTCY, PO BOX 20483, KANSAS CITY, MO 64195 |
| 518369180 | + | EDI: CITICORP | Sep 10 2024 00:20:00 | CITIBANK/RADIOSHACK, CENTRALIZED BANKRUPTCY, PO BOX 790034, ST LOUIS, MO 63179-0034 |
| 518369181 | + | EDI: CITICORP | Sep 10 2024 00:20:00 | CITIBANK/SEARS, ATTN: BANKRUPTCY, PO BOX 6275, SIOUX FALLS, SD 57117-6275 |
| 518369182 | + | EDI: CITICORP | Sep 10 2024 00:20:00 | CITICARDS CBNA, CITI BANK, PO BOX 6077, SIOUX FALLS, SD 57117-6077 |
| 518369183 | + | EDI: WFNNB.COM | Sep 10 2024 00:20:00 | COMENITY BANK/J CREW, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518369184 | + | EDI: WFNNB.COM | Sep 10 2024 00:20:00 | COMENITY BANK/MANDEES, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518369186 | + | EDI: WFNNB.COM | Sep 10 2024 00:20:00 | COMENITY/MPRC, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518369187 | + | EDI: WFNNB.COM | Sep 10 2024 00:20:00 | COMENITYCAPITAL/C21, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518379944 | + | EDI: AISACG.COM | Sep 10 2024 00:20:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518408500 | + | EDI: AISACG.COM | Sep 10 2024 00:20:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518371940 | + | Email/Text: bankruptcy@cavps.com | Sep 09 2024 20:34:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518369188 | | EDI: CITICORP | Sep 10 2024 00:20:00 | DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518369204 | | EDI: CITICORP | Sep 10 2024 00:20:00 | VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518493820 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2024 20:34:00 | HSBC Bank USA, N.A. et. al,, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518369179 | | EDI: JPMORGANCHASE | Sep 10 2024 00:20:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |

Case 19-24372-VFP    Doc 52    Filed 09/11/24    Entered 09/12/24 00:13:28    Desc Imaged
                    Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519768619 | + | Email/Text: noticingcenter@lcsfin.com | Sep 09 2024 20:33:00 | LCS Capital, LLC, C/O LCS Financial Services Corporation, 6782 S. Potomac St. Suite #100, Centennial, CO 80112-8000 |
| 518369190 | + | Email/Text: bnc@nordstrom.com | Sep 09 2024 20:33:58 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 518369191 | + | EDI: PRA.COM | Sep 10 2024 00:20:00 | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518414096 | | EDI: PRA.COM | Sep 10 2024 00:20:00 | Portfolio Recovery Associates, LLC, c/o Annie Sez, POB 41067, Norfolk VA 23541 |
| 518479918 | | EDI: PRA.COM | Sep 10 2024 00:20:00 | Portfolio Recovery Associates, LLC, c/o Ashley Homestore, POB 41067, Norfolk VA 23541 |
| 518426750 | | EDI: PRA.COM | Sep 10 2024 00:20:00 | Portfolio Recovery Associates, LLC, c/o New York & Company, POB 41067, Norfolk VA 23541 |
| 518479841 | | EDI: PRA.COM | Sep 10 2024 00:20:00 | Portfolio Recovery Associates, LLC, c/o Victorias Secret, POB 41067, Norfolk VA 23541 |
| 518369195 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 09 2024 20:34:00 | SELECT PORTFOLIO SERVICING, INC, ATTN: BANKRUPTCY, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518369196 | + | EDI: SYNC | Sep 10 2024 00:20:00 | SYNCB/TOYS 'R' US, ATTN: BANKRUPTCY, PO BOX 965004, ORLANDO, FL 32896-5004 |
| 518369197 | + | EDI: SYNC | Sep 10 2024 00:20:00 | SYNCB/WHITEHALL, C/O PO BOX 965036, ORLANDO, FL 32896-0001 |
| 518369198 | + | EDI: SYNC | Sep 10 2024 00:20:00 | SYNCHRONY BANK/ JC PENNEYS, ATTN: BANKRUPTCY, PO BOX 956060, ORLANDO, FL 32896-0001 |
| 518369199 | + | EDI: SYNC | Sep 10 2024 00:20:00 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 518369200 | + | EDI: SYNC | Sep 10 2024 00:20:00 | SYNCHRONY/ASHLEY FURNITURE HOMESTORE, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 518370208 | ^ | MEBN | Sep 09 2024 20:34:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518369202 | + | EDI: LCITDAUTO | Sep 10 2024 00:20:00 | TD AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 9223, FARMINGTON HILLS, MI 48333-9223 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518369169 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, AMERICAN HONDA FINANCE, ATTN: BANKRUPTCY, PO BOX 168088, IRVING, TX 75016 |
| 518369173 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518369174 | *+ | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 518369185 | *+ | COMENITY BANK/MANDEES, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 518369189 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, DSNB BLOOMINGDALES, ATTN: RECOVERY 'BK', PO BOX 9111, MASON, OH 45040 |
| 518369205 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518369206 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, VISA DEPT STORE NATIONAL BANK/MACY'S, ATTN: BANKRUPTCY, PO BOX 8053, MASON, OH 45040 |
| 518369192 | *+ | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518369193 | *+ | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 09, 2024 | Form ID: 3180W | Total Noticed: 49 |

| | | |
|---|---|---|
| 518369194 | *+ | PORTFOLIO RECOVERY, PO BOX 41021, NORFOLK, VA 23541-1021 |
| 518369201 | *+ | SYNCHRONY/ASHLEY FURNITURE HOMESTORE, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |

TOTAL: 0 Undeliverable, 11 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor HSBC Bank USA  N.A., as Trustee on behalf of the holders of Deutsche Bank Alt-A, ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Community Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kimberly A. Wilson | on behalf of Creditor HSBC BANK USA  N.A. kimwilson@raslg.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Russell L. Low | on behalf of Joint Debtor Gloria T. Lopez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Russell L. Low | on behalf of Debtor Jorge Lopez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8